UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| AUDREY GAMBLER, | Case No. 21-CV-1330 (PJS/ECW) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on September 8, 2021 [ECF No. 13],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: September 8, 2021

                                                 s/Patrick J. Schiltz
                                                 Patrick J. Schiltz
                                                 United States District Judge